*In re* COMITÉ PARA LA REVISIÓN DEL MANUAL DE INSTRUCCIONES AL JURADO.

*Número:* EN-2004-8          *Resuelto:* 1 de noviembre de 2004

## RESOLUCIÓN

Mediante Resolución de 3 de abril de 2003, *In re Comité Revisión Manual*, 159 D.P.R. 161 (2003), designamos el Comité para la Revisión del Manual de Instrucciones al Jurado, adscrito al Secretariado de la Conferencia Judicial y Notarial, e integrado por doce personas, algunas de las cuales ya no forman parte de éste.

Las múltiples enmiendas que por décadas se han incorporado al Código Penal, a las Reglas de Procedimiento Criminal y a las Reglas de Evidencia, así como la aprobación de leyes especiales y el desarrollo jurisprudencial en torno a dichos preceptos, hacen indispensable la revisión del Libro de Instrucciones al Jurado para el Tribunal Superior que aprobamos desde 1976. Este no ha sido objeto de cambios, con la excepción del esfuerzo realizado en 1980 para atemperarlo a las Reglas de Evidencia de 1979.

Recientemente, se aprobó un nuevo Código Penal mediante la Ley Núm. 149 de 18 de junio de 2004, cuya vigencia será efectiva el 1ro de mayo de 2005, así como otras leyes relacionadas con éste.

Es necesario ampliar los trabajos de revisión del Comité para la debida consideración de las disposiciones del nuevo

Código Penal. Ante ello, se reconstituye el Comité, el cual estará compuesto por las personas siguientes:

Lcda. Ygrí Rivera de Martínez, *presidenta*
Lcdo. Harry Anduze Montaño
Prof. Ernesto L. Chiesa Aponte
Hon. Wanda Cruz Ayala
Hon. Asdrúbal Domenech Rosa
Lcdo. Félix Fumero Pugliessi
Lcdo. Héctor Quiñones Vargas
Lcdo. Francisco Rebollo Casalduc, director ejecutivo de la Sociedad para Asistencia Legal
Prof. Olga E. Resumil
Hon. Bárbara M. Sanfiorenzo Zaragoza, fiscal general de Puerto Rico

El Lcdo. Julio de la Rosa Rivé continuará como consultor y asesor legal del Comité.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*